

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00287-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

On May 6, 2019, relator filed a petition for writ of mandamus. Because relator has obtained the relief requested, we DISMISS his petition for writ of mandamus AS MOOT.

It is so **ORDERED** on May 15, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018 CVH 001007 D3, styled *Abelardo Gonzalez v. Alberto Gonzalez, et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.